IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEVEN JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:13-cv-2361-P-BN |
| | § | |
| CITY OF DALLAS, | § | |
| | § | |
| Defendant. | § | |

### **ORDER**

On August 28, 2013, the undersigned United States Magistrate Judge recommended that this *pro se* civil action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) because Plaintiff did not answer the Court's July 1, 2013 written interrogatories. After this recommendation was issued, Plaintiff filed a response to the questionnaire. Accordingly, the undersigned VACATES his Findings, Conclusions, and Recommendation [Dkt. No. 11] that the case be dismissed without prejudice.

SO ORDERED.

DATED: December 3, 2013

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE